# CHARLESTON.

JOHNSTON *v*. STATE BOARD OF AGRICULTURE.

Submitted March 17, 1899—Decided April 1, 1899.

MANDAMUS—*Contracts—Constitutional Law—Suits Against State.*

Application by John T. Johnston for writ of *mandamus* against the State Board of Agriculture.

*Writ Denied.*

BRANNON, JUDGE :

John T. Johnston, having a contract with the State for furnishing stationery for state use, under chapter 16, Code 1891, seeks of this Court a *mandamus* to compel the state board of agriculture to buy stationery of him. The principles involved in this case are the same as those stated in the case of *Miller* v. *Board* (this day decided) 46 W. Va. 192. *Mandamus* refused.

*Writ Denied.*